# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DOMINIC, ANTHONY J. § Case No. 12-03337
DOMINIC, GERALDINE G. §
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/31/2012. The undersigned trustee was appointed on 05/16/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $    85,048.12

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 30,484.15 |
   | Bank service fees | 14.87 |
   | Other payments to creditors | 3,279.94 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 51,269.16 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/25/2016 and the deadline for filing governmental claims was 04/25/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,951.16 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,951.16 , for a total compensation of $ 5,951.16 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/10/2018    By: /s/GINA B. KROL
                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 12-03337    JSB    Judge: JANET S. BAER | Trustee Name:    GINA B. KROL |
| Case Name: | DOMINIC, ANTHONY J. | Date Filed (f) or Converted (c):    01/31/12 (f) |
| | DOMINIC, GERALDINE G. | 341(a) Meeting Date:    04/10/12 |
| For Period Ending: | 04/10/18 | Claims Bar Date:    04/25/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE: 9131 SOUTH SOMERSET LANE, WOODRIDGE, IL | 465,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 50.00 | 0.00 | | 0.00 | FA |
| cash | | | | | |
| 3. FINANCIAL ACCOUNTS | 10.00 | 0.00 | | 0.00 | FA |
| checking w/Charter One | | | | | |
| 4. FINANCIAL ACCOUNTS | 10.00 | 0.00 | | 0.00 | FA |
| checking and savings w/PNC | | | | | |
| 5. HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| Misc. household goods and furnishings | | | | | |
| 6. WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| misc. wearing apparel | | | | | |
| 7. FURS AND JEWELRY | 1,500.00 | 0.00 | | 0.00 | FA |
| misc. jewelry and one diamond ring | | | | | |
| 8. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| term policy w/Reasure America | | | | | |
| 9. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| (5) wholelife w/Western Southern (each is the beneficiary of the other) | | | | | |
| 10. PENSION / PROFIT SHARING | 48,000.00 | 0.00 | | 0.00 | FA |
| Pension w/Novartis | | | | | |
| 11. PENSION / PROFIT SHARING | Unknown | 0.00 | | 0.00 | FA |
| Pension w/Cook County | | | | | |
| 12. LIQUIDATED CLAIMS | Unknown | 0.00 | | 0.00 | FA |
| pending workers comp suit | | | | | |
| 13. LIQUIDATED CLAIMS | Unknown | 0.00 | | 0.00 | FA |
| long-term disability | | | | | |
| 14. CONTINGENT CLAIMS | 1,800.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 12-03337　JSB　Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | DOMINIC, ANTHONY J. | Date Filed (f) or Converted (c): | 01/31/12 (f) |
| | DOMINIC, GERALDINE G. | 341(a) Meeting Date: | 04/10/12 |
| | | Claims Bar Date: | 04/25/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| suit v. Novartis for wages | | | | | |
| 15. VEHICLES | 18,075.00 | 0.00 | | 0.00 | FA |
| Vehicle: 2009 Chrysler Town & Country (48,000 Miles) | | | | | |
| 16. VEHICLES | 1,880.00 | 0.00 | | 0.00 | FA |
| Vehicle: 2000 Ford Taurus | | | | | |
| 17. OTHER MISCELLANEOUS | 2,000.00 | 0.00 | | 0.00 | FA |
| four cemetary plots at Clarendon Hills Cemetary held jointly with brother | | | | | |
| 18. Transvaginal Mesh Suit (u) | Unknown | 81,768.18 | | 85,048.12 | FA |
| 19. Loss of Consortium Suit (u) | Unknown | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $539,925.00 | $81,768.18 | | $85,048.12 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Received email from special counsel with status of lien negotiations.
July 25, 2017, 10:59 am

SETTLEMENT REACHED; AWAITING FUNDS - June 28, 2017, 01:43 pm

Trustee has been advised by special counsel that settlement should be reached in January 2017; with funding completed by June 2017
October 14, 2016, 10:42 am

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 12-03337 JSB Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| Case Name: | DOMINIC, ANTHONY J. | Date Filed (f) or Converted (c): | 01/31/12 (f) |
| | DOMINIC, GERALDINE G. | 341(a) Meeting Date: | 04/10/12 |
| | | Claims Bar Date: | 04/25/16 |

Initial Projected Date of Final Report (TFR): 12/31/16     Current Projected Date of Final Report (TFR): 03/31/18

/s/    GINA B. KROL
_____   Date: 04/10/18
GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-03337 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | DOMINIC, ANTHONY J. | | Bank Name: | ASSOCIATED BANK |
| | DOMINIC, GERALDINE G. | | Account Number / CD #: | *******8101 Checking Account |
| Taxpayer ID No: | *******7347 | | | |
| For Period Ending: | 04/10/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/28/18 | | Levian Simes Covidien Settlement Trust 1717 West Loop South Houston, TX 77027 | Settlement Proceeds | | 77,515.78 | | 77,515.78 |
| | 18 | LEVIAN SIMES COVIDIEN SETTLEMENT TR | Memo Amount: 85,048.12 Settlement Proceeds | 1249-000 | | | |
| | | | Memo Amount: ( 850.48 ) MDL Common Benefit Costs (1%) | 2990-000 | | | |
| | | | Memo Amount: ( 3,401.92 ) MDL Common Benefit Fees(4%) | 2990-000 | | | |
| | | | Memo Amount: ( 3,279.94 ) Medical Liens | 4220-000 | | | |
| 03/28/18 | 030001 | Levien Simes LLP 44 Montgomery Street 32nd Floor San Francisco, CA 94104 | Attorneys' Costs Per Court Order | 3220-000 | | 2,351.68 | 75,164.10 |
| 03/28/18 | 030002 | Levin Simes LLP 44 Montgomery Street 32nd Floor San Francisco, CA 94104 | Attorneys' Fees per Court Order | 3210-000 | | 19,104.06 | 56,060.04 |
| 03/28/18 | 030003 | Sokolove Law | Attorneys' Fees per Court Order | 3210-000 | | 4,776.01 | 51,284.03 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.87 | 51,269.16 |

Page Subtotals 77,515.78 26,246.62

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Ver: 20.00h

FORM 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 12-03337 -JSB |
| Case Name: | DOMINIC, ANTHONY J. |
| | DOMINIC, GERALDINE G. |
| Taxpayer ID No: | *******7347 |
| For Period Ending: | 04/10/18 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8101  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 85,048.12 | COLUMN TOTALS | 77,515.78 | 26,246.62 | 51,269.16 |
| Memo Allocation Disbursements: | 7,532.34 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 77,515.78 | 26,246.62 | |
| Memo Allocation Net: | 77,515.78 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 77,515.78 | 26,246.62 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 85,048.12 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 7,532.34 | Checking Account - *******8101 | 77,515.78 | 26,246.62 | 51,269.16 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| Total Memo Allocation Net: | 77,515.78 | | 77,515.78 | 26,246.62 | 51,269.16 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 10, 2018 |

Case Number: 12-03337  
Debtor Name: DOMINIC, ANTHONY J.  
Priority Sequence  
Joint Debtor: DOMINIC, GERALDINE G.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $5,951.16 | $0.00 | $5,951.16 |
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $4,850.75 | $0.00 | $4,850.75 |
| 001<br>3120-00 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $80.94 | $0.00 | $80.94 |
| 000001<br>070<br>7100-90 | Atlas Acquisitions LLC (Chase Bank USA,<br>N.A. - H)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | Heritage First USA - Claim against Geraldine | $2,945.56 | $0.00 | $2,945.56 |
| 000002<br>070<br>7100-90 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | Claim against Anthony | $13,747.05 | $0.00 | $13,747.05 |
| 000003<br>070<br>7100-90 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | #4370 Claim against Geraldine | $3,687.20 | $0.00 | $3,687.20 |
| 000004<br>070<br>7100-90 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Unsecured | Kohl's - Claim against Anthony | $3,537.69 | $0.00 | $3,537.69 |
| 000005<br>070<br>7100-90 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Unsecured | Kohl's - Geraldine | $1,344.32 | $0.00 | $1,344.32 |
| 000006<br>070<br>7100-90 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Unsecured | Kohl's - joint | $1,312.82 | $0.00 | $1,312.82 |
| 000007<br>070<br>7100-90 | American InfoSource LP as agent for<br>AIS Recovery Solutions, LLC<br>PO Box 269043<br>Oklahoma City, OK 73126-9043 | Unsecured | #8597 - Claim against Anthony | $2,310.18 | $0.00 | $2,310.18 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: April 10, 2018 |

Case Number:   12-03337                                         Priority Sequence
Debtor Name:   DOMINIC, ANTHONY J.                              Joint Debtor:  DOMINIC, GERALDINE G.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 999<br>8200-00 | GERALDINE G. DOMINIC<br>9131 S. SOMERSET LANE<br>WOODRIDGE, IL  60517 | Unsecured | | $31,024.85 | $0.00 | $31,024.85 |
| | Case Totals: | | | $70,792.52 | $0.00 | $70,792.52 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-03337
Case Name: DOMINIC, ANTHONY J.
              DOMINIC, GERALDINE G.
Trustee Name: GINA B. KROL

Balance on hand  $  51,269.16

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 5,951.16 | $ 0.00 | $ 5,951.16 |
| Attorney for Trustee Fees: Cohen & Krol | $ 4,850.75 | $ 0.00 | $ 4,850.75 |
| Other: Cohen & Krol | $ 80.94 | $ 0.00 | $ 80.94 |

Total to be paid for chapter 7 administrative expenses   $   10,882.85
Remaining Balance    $   40,386.31

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,289.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (Chase Bank USA, N.A. - H) 294 Union St. Hackensack, NJ 07601 | $ 2,945.56 | $ 0.00 | $ 2,945.56 |
| 000003 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ 3,687.20 | $ 0.00 | $ 3,687.20 |
| 000005 | CAPITAL ONE, N.A. C/O BECKET AND LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | $ 1,344.32 | $ 0.00 | $ 1,344.32 |
| 000006 | CAPITAL ONE, N.A. C/O BECKET AND LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | $ 1,312.82 | $ 0.00 | $ 1,312.82 |
| | Total to be paid to timely general unsecured creditors | | | $ 9,289.90 |
| | Remaining Balance | | | $ 31,096.41 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 71.56 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 31,024.85 .