IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| ANTHONY J. DOMINIC, | ) | |
| GERALDINE G. DOMINIC, | ) | 12-03337 |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO: See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, were sent on April 18, 2018, by First Class U.S. Mail to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL 60602
312-368-0300            BY:/s/ Gina B. Krol
                        Ch 7 Bankruptcy Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 12-03337<br>Northern District of Illinois<br>Chicago<br>Wed Apr 18 08:41:16 CDT 2018 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Cohen & Krol<br>105 W. Madison Street<br>Suite 105<br>Chicago, IL 60602-4600 |
| PNC BANK, N.A.<br>WELTMAN, WEINBERG & REIS<br>180 N LASALLE ST STE 2400<br>CHICAGO, IL 60601-2704 | RBS Citizens, NA s/b/m CCO Mortgage Corp<br>10561 Telegraph Road<br>Glen Allen, VA 23059-4577 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| ATI Physical Therapy<br>790 Remington Blvd<br>Bolingbrook, IL 60440-4909 | Accelerated Rehab Centers LTD<br>2396 Momentum Place<br>Chicago, IL 60689-5323 | Adventist Hinsdale Hospital<br>P.O. Box 3247<br>Oak Brook, IL 60522-3247 |
| Adventist Hinsdale Hospital<br>P.O. Box 9247<br>Oak Brook, IL 60522-9247 | Adventist Hinsdale Hospital<br>P.O. Box 9247<br>Oakbrook, IL 60522-9247 | Adventist Hinsdale Hospital<br>PO Box 3247<br>Oakbrook, IL 60522-3247 |
| Adventist Hinsdale Hospital<br>PO Box 9247<br>Hinsdale, IL 60522-9247 | Advocate Good Samaritan Hospital<br>3815 Highland Avenue<br>Downers Grove, IL 60515-1590 | Alliance One<br>P.O. Box 3102<br>Southeastern, PA 19398-3102 |
| Allied Interstate<br>3000 Corporate Exchange Dr.<br>Columbus, OH 43231-7689 | Ally Financial<br>PO Box 380901<br>Bloomington, MN 55438-0901 | Alpine Investments LLC<br>C/O The Albert Law Firm, PC<br>29 North Wacker Drive Ste. 550<br>Chicago, IL 60606-2851 |
| American Accounts Advisors, Inc.<br>7460 80th Street South<br>Cottage Grove, MN 55016-3007 | American InfoSource LP as agent for<br>AIS Recovery Solutions, LLC<br>PO Box 269043<br>Oklahoma City, OK 73126-9043 | American Medical Billing<br>108 West Washington<br>Bloomingdale, IL 60108-1215 |
| Anesthesiologists, Ltd<br>185 Penny Ave.<br>East Dundee, IL 60118-1454 | Asset Acceptance<br>PO Box 2036<br>Warren, MI 48090-2036 | Assett Acceptance<br>PO Box 2036<br>Warren, MI 48090-2036 |
| Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303<br>Attn Avi Schild | Atlas Acquisitions LLC  (Chase Bank USA, N.A<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Attorney Michael Fine<br>131 South Dearborn Street<br>Floor 5<br>Chicago, IL 60603-5571 |
| Bank of America<br>Bankruptcy Dept.<br>PO Box 650070<br>Dallas, TX 75265-0070 | Barbara Myer, DMD<br>6400-L Woodward Avenue<br>Downers Grove, IL 60516-2369 | Best Buy<br>Bankruptcy Dept.<br>PO Box 5263<br>Carol Stream, IL 60197-5263 |

| | | |
|---|---|---|
| Blatt, Hasemiller, Leibsker & Moore<br>125 S Wacker Dr<br>Ste 400<br>Chicago, IL 60606-4440 | Blatt, Hasenmiller, Leibsker & Moor<br>125 South Wacker Drive<br>Suite 400<br>Chicago, IL 60606-4440 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 |
| CCO Mortgage<br>PO Box 6260<br>Glen Allen, VA 23058-6260 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Chase<br>C/O Blitt & Gaines, PC<br>661 West Glenn Avenue<br>Wheeling, IL 60090-6017 | Chase<br>Correspondence Dept.<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chase/BP<br>Correspondence Dept.<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Childrens Memorial Hospital<br>2300 Childrens Plaza<br>Chicago, IL 60614 | Childrens Memorial Hospital<br>Group Path<br>PO Box 4254<br>Carol Stream, IL 60197-4254 | Childrens Memorial Hospital<br>PO Box 4066<br>Carol Stream, IL 60197-4066 |
| Childrens Memorial Medical Group<br>PO Box 4254<br>Carol Stream, IL 60197-4254 | Citi Bank<br>C/O NES of Ohio<br>29125 Solon Road<br>Solon, OH 44139-3442 | Citi Bank<br>C/O Pinnacle Credit Services<br>7900 Highway 7<br>St. Louis, MO 55426-4045 |
| Citi Financial<br>3950 Regent Blvd.<br>Irving, TX 75063-2244 | Citi Financial<br>Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195-0507 | Citi Financial/The Great Escape<br>PO Box 140069<br>Irving, TX 75014-0069 |
| Citifinancial Retail Services<br>Attn: Bankruptcy Dept.<br>PO Box 140069<br>Irving, TX 75014-0069 | Collect Corp.<br>PO Box 101928<br>Birmingham, AL 35210-6928 | Computer Credit Inc.<br>Claim Dept 002285<br>640 West 4th St, PO Box 5238<br>Winston Salem, NC 27113-5238 |
| Creditors Interchange<br>80 Holtz Dr.<br>Buffalo, NY 14225-1470 | Dependon Collection Services<br>PO Box 4833<br>Oak Brook, IL 60522-4833 | Dermapath Diagnostics-Troy & Assoc.<br>PO Box 2090<br>Brookfield, WI 53008-2090 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Dr. Bashir Lebon<br>135 S. Robert T. Palmer Dr.<br>Elmhurst, IL 60126-3412 |
| Dress Barn/WFNNB<br>Bankruptcy Dept.<br>PO Box 182125<br>Columbus, OH 43218-2125 | ER Solutions, Inc.<br>PO Box 9004<br>Renton, WA 98057-9004 | Emergency Health Care Physicians<br>PO Box 355<br>Hinsdale, IL 60522-0355 |

| | | |
|---|---|---|
| Encore Receivable Management<br>400 North Rogers Road<br>PO Box 3330<br>Olathe, KS 66063-3330 | Encore Receivable Management<br>P.O. Box 1880<br>Southgate, MI 48195-0880 | Enhanced Recovery Corp.<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 |
| Exxon Mobil<br>Bankruptcy Dept.<br>PO Box 2065<br>Kansas City, MO 64101 | FMA Alliance, Ltd.<br>11811 N. Freeway, Ste. 900<br>Houston, TX 77060-3292 | Financial Asset Management Systems<br>PO Box 451409<br>Atlanta, GA 31145-9409 |
| First Source Advantage<br>205 Bryant Woods South<br>Buffalo, NY 14228-3609 | Frederick J. Hanna & Assoc.<br>1427 Roswell Road<br>Marietta, GA 30062-3668 | GE Money Bnk<br>1100 US Bank Plaza<br>200 South Sixth Street<br>Minneapolis, MN 55402-1595 |
| GE Money/Midland Credit Manag.<br>PO Box 792<br>Fort Mill, SC 29716-0792 | Good Samaritan Hospital<br>3815 Highland Ave.<br>Downers Grove, IL 60515-1590 | HSBC<br>Attn: Bankruptcy Dept.<br>PO Box 5213<br>Carol Stream, IL 60197-5213 |
| HSBC Bank Nevada NA<br>C/O MCM Dept. 12421<br>PO Box 603<br>Oaks, PA 19456-0603 | HSBC Card Services<br>Attn: Bankruptcy Dept.<br>PO Box 5213<br>Carol Stream, IL 60197-5213 | HSBC Card Services<br>Best Buy Reward Zone/Attn. BK Dept.<br>PO Box 5213<br>Carol Stream, IL 60197-5213 |
| HSBC/Carsons<br>Attn: Bankruptcy Dept.<br>PO Box 5263<br>Carol Stream, IL 60197-5263 | Hinsdale Hospital<br>421 E. Ogden<br>Hinsdale, IL 60521-3610 | Hinsdale Hospital<br>C/O Merchants Credit Guide<br>Dept. 7503 PO Box 1259<br>Oaks, PA 19456-1259 |
| Hinsdale Orthopaedic<br>Box 914<br>La Grange, IL 60525-0914 | Home Depot/Citi Card Services<br>Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195-0507 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| IC Systems<br>444 Highway 96 East, Box 64437<br>Saint Paul, MN 55127-2557 | JC Penney/GE Money Bank<br>Attn: Bankruptcy Dept.<br>PO Box 103104<br>Roswell, GA 30076-9104 | JC Penney/GE Money Bank<br>C/O Portfolio Recovery Associated<br>120 Corporate Blvd.<br>Norfolk, VA 23502-4952 |
| Juniper Bank/Barclay Bank<br>Customer Care Correspondence<br>PO Box 8801<br>Wilmington, DE 19899-8801 | Kohls/Chase<br>Recovery/Bankruptcy<br>PO Box 3004<br>Milwaukee, WI 53201-3004 | LVNV<br>PO Box 10581<br>Greenville, SC 29603 |
| Lane Bryant/WFNNB<br>Bankruptcy Dept.<br>PO Box 182125<br>Columbus, OH 43218-2125 | Lowes Visa/GE Money Bank<br>PO Box 103104<br>Roswell, GA 30076-9104 | MCM Midland Credit Management<br>Dept. 12421 PO Box 603<br>Oaks, PA 19456-0603 |

| | | |
|---|---|---|
| Macys/Dept. Stores International<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040-8053 | Macys/Dept. Stores International<br>Bankruptcy Processing<br>PO Box8053<br>Mason, OH 45040-8053 | Malcolm S. Gerald & Assoc.<br>332 South Michigan Ave.<br>Suite 600<br>Chicago, IL 60604-4318 |
| Management Services Inc.<br>P.O. Box 1099<br>Langhorne, PA 19047-6099 | Mayo Clinic Rochester<br>Patient Acct. Svc. LC-LL-B180-PPS<br>200 First Street SW<br>Rochester, MN 55905-0001 | Medical Recovery Specialists, Inc.<br>2250 East Devon Ave. Suite 352<br>Des Plaines, IL 60018-4519 |
| Medical Recovery Specialists, Inc.<br>2350 E. Devon Ave., Ste. 225<br>Des Plaines, IL 60018 | Merchants Credit Guide Co.<br>223 W. Jackson Blvd.<br>Chicago, IL 60606-6914 | Merchants Credit Guide Co.<br>Executive Offices<br>223 W. Jackson Blvd. #400<br>Chicago, IL 60606-6974 |
| Meyer & Njus P.A.<br>1100 US Bank Plaza<br>200 South Sixth Street<br>Minneapolis, MN 55402-1595 | Meyer & Njus PA<br>134 N. LaSalle St. Suite 1840<br>Chicago, IL 60602-1100 | Michael D. Fine<br>131 South Dearborn<br>Floor 5<br>Chicago, IL 60603-5571 |
| Michael D. Fine<br>131 South Dearborn Street<br>Floor 5<br>Chicago, IL 60603-5571 | NCB Management Services<br>PO Box 1099<br>Langhorne, PA 19047-6099 | NCO Financial Services<br>507 Prudential Road<br>Horsham, PA 19044-2308 |
| National Recovery Agency<br>PO Box 67015<br>Harrisburg, PA 17106-7015 | Northland  Group Inc.<br>P.O. Box 390905<br>Minneapolis, MN 55439-0905 | Northland Group<br>Box 390846<br>Minneapolis, MN 55439-0846 |
| PNC Mortgage<br>PO Box 5570<br>Cleveland, OH 44101-0570 | Pediatric Anesthesia<br>75 Remittence Drive<br>Suite 6187<br>Chicago, IL 60675-6187 | Professional Bureau of Coll.<br>PO Box 628<br>Elk Grove, CA 95759-0628 |
| Quest Diagnostics<br>PO Box 64804<br>Baltimore, MD 21264-4804 | Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Rush University Medical Center<br>PO Box 4075<br>Carol Stream, IL 60197-4075 |
| Sams Club/GEMB<br>PO Box 981400<br>El Paso, TX 79998-1400 | Sears/Citi Card Credit SVS.<br>PO Box 20363<br>Kansas City, MO 64195-0363 | State Collection Service<br>2509 S. Stoughton Rd.<br>Madison, WI 53716-3314 |
| Sterling Jewelers Inc./Jared<br>C/O Weltman, Weinberg & Reiss<br>180 N. LaSalle Suite 2400<br>Chicago, IL 60601-2704 | Suburban Radiologists<br>1446 Momentum Place<br>Chicago, IL 60689-5314 | Target Financial Services<br>PO Box 9475<br>Minneapolis, MN 55440-9475 |

| | | |
|---|---|---|
| The CBE Group Inc.<br>131 Tower Park Dr.<br>Ste. 100<br>Waterloo, IA 50701-9374 | The Hamilton Collection<br>9307 N Milwaukee Ave<br>Niles, IL 60714-1381 | The Pediatric Foundation<br>Childrens Memorial Med. Center<br>PO Box 4051<br>Carol Stream, IL 60197-4051 |
| Thera Tech Equipment<br>PO Box 72180<br>Roselle, IL 60172-0180 | Thompson, Rosenthal & Watts<br>40 Shuman Blvd.<br>Ste. 290<br>Naperville, IL 60563-8237 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| United Recovery<br>P.O. Box 722929<br>Houston, TX 77272-2929 | Valentine & Kebartas<br>PO Box 325<br>Lawrence, MA 01842-0625 | Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702-3397 |
| Weltman Weinberg & Reis<br>175 South 3rd<br>#900<br>Columbus, OH 43215-5166 | Weltman Weinberg & Reis<br>323 W. Lakeside Ave., Ste. 200<br>Cleveland, OH 44113-1009 | Weltman, Weinberg & Reis Co. LPA<br>180 North LaSalle<br>Suite 2400<br>Chicago, IL 60601-2704 |
| West Asset Management<br>7171 Mercy Road<br>Omaha, NE 68106-2620 | Woodward Medical<br>2007 W. 75th Street<br>Woodridge, IL 60517-2308 | Zwicker & Associates PC<br>80 Minuteman Road<br>Andover, MA 01810-1008 |
| Anthony J. Dominic<br>1630 Holly Avenue<br>Darien, IL 60561-3627 | Bradley S Covey<br>Law Offices of Bradley S. Covey, P.C.<br>428 S Batavia Ave<br>Batavia, IL 60510-2537 | Geraldine G. Dominic<br>1630 Holly Avenue<br>Darien, IL 60561-3627 |
| Gina B Krol<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602-4600 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>Bankruptcy Dept.<br>PO Box 5155<br>Norcross, GA 30091 | Discover Bankruptcy Dept.<br>PO Box 8003<br>Hilliard, OH 43026 | Home Depot/CitiCard Services<br>Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195 |
| U.S. Bank<br>Bankruptcy Dept.<br>PO Box 5229<br>Cincinnati, OH 45201 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)LEVIN SIMES, LLP | (d)Adventist Hinsdale Hospital<br>PO Box 9247<br>Oak Brook, IL 60522-9247 | (d)Adventist Hinsdale Hospital<br>PO Box 9247<br>Oakbrook, IL 60522-9247 |
| (d)Childrens Memorial Medical Group<br>PO Box 4254<br>Carol Stream, IL 60197-4254 | (d)Meyer & Njus PA<br>134 N. LaSalle Street<br>Suite 1840<br>Chicago, IL 60602-1100 | End of Label Matrix<br>Mailable recipients   139<br>Bypassed recipients     5<br>Total                  144 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
DOMINIC, ANTHONY J. § Case No. 12-03337 JSB
DOMINIC, GERALDINE G. §
§
§
Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 15 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 05/18/2018 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/18/2018          By: Gina B. Krol
                                     Trustee


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DOMINIC, ANTHONY J. § Case No. 12-03337 JSB
DOMINIC, GERALDINE G. §
§
Debtors §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 85,048.12 |
| and approved disbursements of | $ | 33,778.96 |
| leaving a balance on hand of[1] | $ | 51,269.16 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 5,951.16 | $ 0.00 | $ 5,951.16 |
| Attorney for Trustee Fees: Cohen & Krol | $ 4,850.75 | $ 0.00 | $ 4,850.75 |
| Other: Cohen & Krol | $ 80.94 | $ 0.00 | $ 80.94 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 10,882.85 |
| Remaining Balance | $ | 40,386.31 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,289.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (Chase Bank USA, N.A. - H) 294 Union St. Hackensack, NJ 07601 | $ 2,945.56 | $ 0.00 | $ 2,945.56 |
| 000003 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ 3,687.20 | $ 0.00 | $ 3,687.20 |
| 000005 | CAPITAL ONE, N.A. C/O BECKET AND LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | $ 1,344.32 | $ 0.00 | $ 1,344.32 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | CAPITAL ONE, N.A. C/O BECKET AND LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | $ 1,312.82 | $ 0.00 | $ 1,312.82 |

    Total to be paid to timely general unsecured creditors    $    9,289.90

    Remaining Balance    $    31,096.41

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 71.56 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 31,024.85 .

Prepared By: /s/GINA B. KROL
Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.