## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS

In Re:                          §
                                §
DOMINIC, ANTHONY J.             §       Case No. 12-03337 JSB
DOMINIC, GERALDINE G.           §
                                §
        Debtors                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 452,615.00             Assets Exempt: 87,310.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  12,641.40     Claims Discharged
                                                 Without Payment:  304,439.92

Total Expenses of Administration:  41,381.87

3) Total gross receipts of $ 85,048.12  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 31,024.85  (see **Exhibit 2**), yielded net receipts of $ 54,023.27  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 564,664.00 | $ 3,279.94 | $ 3,279.94 | $ 3,279.94 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 41,381.87 | 41,381.87 | 41,381.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 284,845.00 | 28,884.82 | 28,884.82 | 9,361.46 |
| **TOTAL DISBURSEMENTS** | $ 849,509.00 | $ 73,546.63 | $ 73,546.63 | $ 54,023.27 |

4) This case was originally filed under chapter 7 on 01/31/2012 . The case was pending for 78 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/09/2018                    By:/s/GINA B. KROL

                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Transvaginal Mesh Suit | 1249-000 | 85,048.12 |
| **TOTAL GROSS RECEIPTS** | | **$ 85,048.12** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GERALDINE G. DOMINIC | Surplus Funds Paid to Debtor  726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 31,024.85 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 31,024.85** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial PO Box 380901 Bloomington, MN 55438 | | 30,046.00 | NA | NA | 0.00 |
| | CCO Mortgage PO Box 6260 Glen Allen, VA 23058-6260 | | 395,800.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Mortgage PO Box 5570 Cleveland, OH 44101-0570 | | 138,818.00 | NA | NA | 0.00 |
| | Medical Liens | 4220-000 | NA | 3,279.94 | 3,279.94 | 3,279.94 |
| TOTAL SECURED CLAIMS | | | $ 564,664.00 | $ 3,279.94 | $ 3,279.94 | $ 3,279.94 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:GINA B. KROL | 2100-000 | NA | 5,951.16 | 5,951.16 | 5,951.16 |
| ASSOCIATED BANK | 2600-000 | NA | 14.87 | 14.87 | 14.87 |
| MDL Common Benefit Costs (1%) | 2990-000 | NA | 850.48 | 850.48 | 850.48 |
| MDL Common Benefit Fees(4%) | 2990-000 | NA | 3,401.92 | 3,401.92 | 3,401.92 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3110-000 | NA | 3,233.83 | 3,233.83 | 3,233.83 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):GINA B. KROL | 3110-000 | NA | 1,616.92 | 1,616.92 | 1,616.92 |
| ATTORNEY FOR TRUSTEE EXPENSES (TRUSTEE FIRM):COHEN & KROL | 3120-000 | NA | 80.94 | 80.94 | 80.94 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):LEVIN SIMES LLP | 3210-000 | NA | 19,104.06 | 19,104.06 | 19,104.06 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):SOKOLOVE LAW | 3210-000 | NA | 4,776.01 | 4,776.01 | 4,776.01 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):LEVIEN SIMES LLP | 3220-000 | NA | 2,351.68 | 2,351.68 | 2,351.68 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 41,381.87 | $ 41,381.87 | $ 41,381.87 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ATI Physical Therapy 790 Remington Blvd Bolingbrook, IL 60440 | | 560.00 | NA | NA | 0.00 |
| | Accelerated Rehab Centers LTD 2396 Momentum Place Chicago, IL 60689-5323 | | 25.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital P.O. Box 3247 Oak Brook, IL 60522 | | 74.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital P.O. Box 9247 Oak Brook, IL 60522 | | 54.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital P.O. Box 9247 Oak Brook, IL 60522 | | 40.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital P.O. Box 9247 Oak Brook, IL 60522 | | 46.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital P.O. Box 9247 Oak Brook, IL 60522 | | 164.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adventist Hinsdale Hospital P.O. Box 9247 Oakbrook, IL 60522 | | 49.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Hinsdale, IL 60522 | | 818.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Hinsdale, IL 60522 | | 87.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Oak Brook, IL 60522 | | 57.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Oak Brook, IL 60522 | | 26.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Oak Brook, IL 60522 | | 451.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Oak Brook, IL 60522 | | 45.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Oak Brook, IL 60522 | | 17.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adventist Hinsdale Hospital PO Box 9247 Oak Brook, IL 60522 | | 67.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Oak Brook, IL 60522 | | 65.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Oak Brook, IL 60522 | | 79.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Oak Brook, IL 60522 | | 71.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Oak Brook, IL 60522 | | 91.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Oak Brook, IL 60522 | | 84.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Oak Brook, IL 60522 | | 164.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Oak Brook, IL 60522 | | 71.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adventist Hinsdale Hospital PO Box 9247 Oak Brook, IL 60522 | | 340.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Oak Brook, IL 60522 | | 160.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Oak Brook, IL 60522 | | 100.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Oak Brook, IL 60522 | | 480.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Oak Brook, IL 60522 | | 202.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Oak Brook, IL 60522 | | 192.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Oak Brook, IL 60522 | | 2,273.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Oak Brook, IL 60522 | | 200.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adventist Hinsdale Hospital PO Box 9247 Oakbrook, IL 60522 | | 131.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Oakbrook, IL 60522 | | 216.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Oakbrook, IL 60522 | | 70.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Oakbrook, IL 60522 | | 54.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Oakbrook, IL 60522 | | 57.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 9247 Oakbrook, IL 60522 | | 46.00 | NA | NA | 0.00 |
| | Advocate Good Samaritan Hospital 3815 Highland Avenue Downers Grove, IL 60515 | | 200.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Accounts Advisors, Inc. 7460 80th Street South Cottage Grove, MN 55016-3307 | | 0.00 | NA | NA | 0.00 |
| | American Medical Billing 108 West Washington Bloomingdale, IL 60108 | | 0.00 | NA | NA | 0.00 |
| | Anesthesiologists, Ltd 185 Penny Ave. East Dundee, IL 60118 | | 221.00 | NA | NA | 0.00 |
| | Bank of America Bankruptcy Dept. PO Box 650070 Dallas, TX 75265 | | 13,000.00 | NA | NA | 0.00 |
| | Bank of America Bankruptcy Dept. PO Box 650070 Dallas, TX 75265 | | 11,800.00 | NA | NA | 0.00 |
| | Bank of America Bankruptcy Dept. PO Box 650070 Dallas, TX 75265 | | 12,289.00 | NA | NA | 0.00 |
| | Barbara Myer, DMD 6400-L Woodward Avenue Downers Grove, IL 60516 | | 1,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Best Buy Bankruptcy Dept. PO Box 5263 Carol Stream, IL 60197-5263 | | 2,404.00 | NA | NA | 0.00 |
| | Blatt, Hasemiller, Leibsker & Moore 125 S Wacker Dr Ste 400 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Blatt, Hasemiller, Leibsker & Moore 125 S Wacker Dr Ste 400 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Blatt, Hasemiller, Leibsker & Moore 125 S Wacker Dr Ste 400 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Capital One Bankruptcy Dept. PO Box 5155 Norcross, GA 30091 | | 2,069.00 | NA | NA | 0.00 |
| | Chase C/O Blitt & Gaines, PC 661 West Glenn Avenue Wheeling, IL 60090 | | 0.00 | NA | NA | 0.00 |
| | Chase Correspondence Dept. PO Box 15298 Wilmington, DE 19850-5298 | | 2,677.00 | NA | NA | 0.00 |
| | Chase Correspondence Dept. PO Box 15298 Wilmington, DE 19850-5298 | | 11,211.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Correspondence Dept. PO Box 15298 Wilmington, DE 19850-5298 | | 12,167.00 | NA | NA | 0.00 |
| | Chase Correspondence Dept. PO Box 15298 Wilmington, DE 19850-5298 | | 20,000.00 | NA | NA | 0.00 |
| | Chase/BP Correspondence Dept. PO Box 15298 Wilmington, DE 19850-5298 | | 815.00 | NA | NA | 0.00 |
| | Childrens Memorial Hospital 2300 Childrens Plaza Chicago, IL 60614 | | 305.00 | NA | NA | 0.00 |
| | Childrens Memorial Hospital 2300 Childrens Plaza Chicago, IL 60614 | | 98.00 | NA | NA | 0.00 |
| | Childrens Memorial Hospital Group Path PO Box 4254 Carol Stream, IL 60197 | | 85.00 | NA | NA | 0.00 |
| | Childrens Memorial Hospital PO Box 4066 Carol Stream, IL 60197-4066 | | 541.00 | NA | NA | 0.00 |
| | Childrens Memorial Hospital PO Box 4066 Carol Stream, IL 60197-4066 | | 200.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Childrens Memorial Medical Group PO Box 4254 Carol Stream, IL 60197 | | 835.00 | NA | NA | 0.00 |
| | Childrens Memorial Medical Group PO Box 4254 Carol Stream, IL 60197-4066 | | 0.00 | NA | NA | 0.00 |
| | Citi Bank C/O NES of Ohio 29125 Solon Road Solon, OH 44139-3442 | | 0.00 | NA | NA | 0.00 |
| | Citi Bank C/O Pinnacle Credit Services 7900 Highway 7 St. Louis, MO 55426 | | 0.00 | NA | NA | 0.00 |
| | Citi Financial 3950 Regent Blvd. Irving, TX 75063-2244 | | 1,967.00 | NA | NA | 0.00 |
| | Citi Financial Centralized Bankruptcy PO Box 20507 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Citi Financial/The Great Escape PO Box 140069 Irving, TX 75014-0069 | | 0.00 | NA | NA | 0.00 |
| | Citifinancial Retail Services Attn: Bankruptcy Dept. PO Box 140069 Irving, TX 75014 | | 1,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dermapath Diagnostics-Troy & Assoc. PO Box 2090 Brookfield, WI 53008-2090 | | 29.00 | NA | NA | 0.00 |
| | Discover Bankruptcy Dept. PO Box 8003 Hilliard, OH 43026 | | 11,298.00 | NA | NA | 0.00 |
| | Discover Bankruptcy Dept. PO Box 8003 Hilliard, OH 43026 | | 11,219.00 | NA | NA | 0.00 |
| | Dr. Bashir Lebon 135 S. Robert T. Palmer Dr. Elmhurst, IL 60490 | | 7,661.00 | NA | NA | 0.00 |
| | Dress Barn/WFNNB Bankruptcy Dept. PO Box 182125 Columbus, OH 43218-2125 | | 1,183.00 | NA | NA | 0.00 |
| | Emergency Health Care Physicians PO Box 355 Hinsdale, IL 60522 | | 1,127.00 | NA | NA | 0.00 |
| | Exxon Mobil Bankruptcy Dept. PO Box 2065 Kansas City, MO 64101 | | 700.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GE Money Bnk 1100 US Bank Plaza 200 South Sixth Street Minneapolis, MN 55402 | | 1,408.00 | NA | NA | 0.00 |
| | GE Money/Midland Credit Manag. PO Box 792 Fort Mill, SC 29716-0792 | | 781.00 | NA | NA | 0.00 |
| | Good Samaritan Hospital 3815 Highland Ave. Downers Grove, IL 60515 | | 20,300.00 | NA | NA | 0.00 |
| | Good Samaritan Hospital 3815 Highland Ave. Downers Grove, IL 60515 | | 480.00 | NA | NA | 0.00 |
| | Good Samaritan Hospital 3815 Highland Ave. Downers Grove, IL 60515 | | 398.00 | NA | NA | 0.00 |
| | Good Samaritan Hospital 3815 Highland Ave. Downers Grove, IL 60515 | | 129.00 | NA | NA | 0.00 |
| | Good Samaritan Hospital 3815 Highland Ave. Downers Grove, IL 60515 | | 300.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Good Samaritan Hospital 3815 Highland Ave. Downers Grove, IL 60515 | | 17,530.00 | NA | NA | 0.00 |
| | Good Samaritan Hospital 3815 Highland Ave. Downers Grove, IL 60515 | | 322.00 | NA | NA | 0.00 |
| | Good Samaritan Hospital 3815 Highland Ave. Downers Grove, IL 60515 | | 30.00 | NA | NA | 0.00 |
| | Good Samaritan Hospital 3815 Highland Ave. Downers Grove, IL 60515 | | 49.00 | NA | NA | 0.00 |
| | Good Samaritan Hospital 3815 Highland Ave. Downers Grove, IL 60515 | | 27.00 | NA | NA | 0.00 |
| | Good Samaritan Hospital 3815 Highland Ave. Downers Grove, IL 60515 | | 136.00 | NA | NA | 0.00 |
| | HSBC Attn: Bankruptcy Dept. PO Box 5213 Carol Stream, IL 60197-5263 | | 480.00 | NA | NA | 0.00 |
| | HSBC Bank Nevada NA C/O MCM Dept. 12421 PO Box 603 Oaks, PA 19456 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Card Services Attn: Bankruptcy Dept. PO Box 5213 Carol Stream, IL 60197 | | 1,800.00 | NA | NA | 0.00 |
| | HSBC Card Services Best Buy Reward Zone/Attn. BK Dept. PO Box 5213 Carol Stream, IL 60197 | | 693.00 | NA | NA | 0.00 |
| | HSBC/Carsons Attn: Bankruptcy Dept. PO Box 5263 Carol Stream, IL 60197-5263 | | 2,300.00 | NA | NA | 0.00 |
| | Hinsdale Hospital 421 E. Ogden Hinsdale, IL 60521 | | 0.00 | NA | NA | 0.00 |
| | Hinsdale Hospital 421 E. Ogden Hinsdale, IL 60521 | | 532.00 | NA | NA | 0.00 |
| | Hinsdale Hospital 421 E. Ogden Hinsdale, IL 60521 | | 17,346.00 | NA | NA | 0.00 |
| | Hinsdale Hospital C/O Merchants Credit Guide Dept. 7503 PO Box 1259 Oaks, PA 19456 | | 354.00 | NA | NA | 0.00 |
| | Hinsdale Orthopaedic Box 914 La Grange, IL 60525 | | 750.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Depot/Citi Card Services Centralized Bankruptcy PO Box 20507 Kansas City, MO 64195 | | 7,145.00 | NA | NA | 0.00 |
| | Home Depot/CitiCard Services Centralized Bankruptcy PO Box 20507 Kansas City, MO 64195 | | 1,856.00 | NA | NA | 0.00 |
| | JC Penney/GE Money Bank Attn: Bankruptcy Dept. PO Box 103104 Roswell, GA 30076 | | 844.00 | NA | NA | 0.00 |
| | JC Penney/GE Money Bank Attn: Bankruptcy Dept. PO Box 103104 Roswell, GA 30076 | | 204.00 | NA | NA | 0.00 |
| | JC Penney/GE Money Bank C/O Portfolio Recovery Associated 120 Corporate Blvd. Norfolk, VA 23502 | | 369.00 | NA | NA | 0.00 |
| | Juniper Bank/Barclay Bank Customer Care Correspondence PO Box 8801 Wilmington, DE 19899 | | 3,376.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/Chase Recovery/Bankruptcy PO Box 3004 Milwaukee, WI 53201 | | 1,110.00 | NA | NA | 0.00 |
| | Kohls/Chase Recovery/Bankruptcy PO Box 3004 Milwaukee, WI 53201 | | 3,180.00 | NA | NA | 0.00 |
| | Kohls/Chase Recovery/Bankruptcy PO Box 3004 Milwaukee, WI 53201 | | 1,140.00 | NA | NA | 0.00 |
| | Lane Bryant/WFNNB Bankruptcy Dept. PO Box 182125 Columbus, OH 43218-2125 | | 1,095.00 | NA | NA | 0.00 |
| | Lowes Visa/GE Money Bank PO Box 103104 Roswell, GA 30076 | | 665.00 | NA | NA | 0.00 |
| | MCM Midland Credit Management Dept. 12421 PO Box 603 Oaks, PA 19456 | | 0.00 | NA | NA | 0.00 |
| | Macys/Dept. Stores International Bankruptcy Processing PO Box 8053 Mason, OH 45040 | | 741.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Macys/Dept. Stores International Bankruptcy Processing PO Box 8053 Mason, OH 45040 | | 757.00 | NA | NA | 0.00 |
| | Macys/Dept. Stores International Bankruptcy Processing PO Box 8053 Mason, OH 45040 | | 1,951.00 | NA | NA | 0.00 |
| | Macys/Dept. Stores International Bankruptcy Processing PO Box 8053 Mason, OH 45040 | | 9,000.00 | NA | NA | 0.00 |
| | Macys/Dept. Stores International Bankruptcy Processing PO Box8053 Mason, OH 45040 | | 9,319.00 | NA | NA | 0.00 |
| | Mayo Clinic Rochester Patient Acct. Svc. LC-LL-B180-PPS 200 First Street SW Rochester, MN 55905 | | 1,410.00 | NA | NA | 0.00 |
| | Meyer & Njus PA 134 N. LaSalle St. Suite 1840 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pediatric Anesthesia 75 Remittence Drive Suite 6187 Chicago, IL 60675 | | 125.00 | NA | NA | 0.00 |
| | Quest Diagnastics PO Box 64804 Baltimore, MD 21264-4804 | | 70.00 | NA | NA | 0.00 |
| | Resurgent Capital Services PO Box 10587 Greenville, SC 29603 | | 0.00 | NA | NA | 0.00 |
| | Resurgent Capital Services PO Box 10587 Greenville, SC 29603 | | 0.00 | NA | NA | 0.00 |
| | Rush University Medical Center PO Box 4075 Carol Stream, IL 60197 | | 239.00 | NA | NA | 0.00 |
| | Sams Club/GEMB PO Box 981400 El Paso, TX 79998 | | 510.00 | NA | NA | 0.00 |
| | Sears/Citi Card Credit SVS. PO Box 20363 Kansas City, MO 64195 | | 1,319.00 | NA | NA | 0.00 |
| | Sterling Jewelers Inc./Jared C/O Weltman, Weinberg & Reiss 180 N. LaSalle Suite 2400 Chicago, IL 60601 | | 3,230.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Suburban Radiologists 1446 Momentum Place Chicago, IL 60689-5314 | | 184.00 | NA | NA | 0.00 |
| | Target Financial Services PO Box 9475 Minneapolis, MN 55440 | | 2,320.00 | NA | NA | 0.00 |
| | The Hamilton Collection 9307 N Milwaukee Ave Niles, IL 60714-1381 | | 73.00 | NA | NA | 0.00 |
| | The Pediatric Foundation Childrens Memorial Med. Center PO Box 4051 Carol Stream, IL 60197 | | 73.00 | NA | NA | 0.00 |
| | Thera Tech Equipment PO Box 72180 Roselle, IL 60172 | | 4,000.00 | NA | NA | 0.00 |
| | Thompson, Rosenthal & Watts 40 Shuman Blvd. Ste. 290 Naperville, IL 60563 | | 13,800.00 | NA | NA | 0.00 |
| | U.S. Bank Bankruptcy Dept. PO Box 5229 Cincinnati, OH 45201 | | 4,768.00 | NA | NA | 0.00 |
| | Verizon Wireless PO Box 3397 Bloomington, IL 61702 | | 4,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Weltman Weinberg & Reis 175 South 3rd #900 Columbus, OH 43215-5166 | | 0.00 | NA | NA | 0.00 |
| | Weltman Weinberg & Reis 323 W. Lakeside Ave., Ste. 200 Cleveland, OH 44113 | | 0.00 | NA | NA | 0.00 |
| | Woodward Medical 2007 W. 75th Street Woodridge, IL 60517 | | 3,000.00 | NA | NA | 0.00 |
| 000007 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | NA | 2,310.18 | 2,310.18 | 0.00 |
| 000001 | ATLAS ACQUISITIONS LLC (CHASE BANK | 7100-900 | NA | 2,945.56 | 2,945.56 | 2,945.56 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | NA | 3,687.20 | 3,687.20 | 3,687.20 |
| 000004 | CAPITAL ONE, N.A. | 7100-900 | NA | 3,537.69 | 3,537.69 | 0.00 |
| 000005 | CAPITAL ONE, N.A. | 7100-900 | NA | 1,344.32 | 1,344.32 | 1,344.32 |
| 000006 | CAPITAL ONE, N.A. | 7100-900 | NA | 1,312.82 | 1,312.82 | 1,312.82 |
| 000002 | DISCOVER BANK | 7100-900 | NA | 13,747.05 | 13,747.05 | 0.00 |
| | ATLAS ACQUISITIONS LLC (CHASE BANK | 7990-000 | NA | NA | NA | 22.69 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 28.40 |
| | CAPITAL ONE, N.A. | 7990-000 | NA | NA | NA | 20.47 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 284,845.00 | $ 28,884.82 | $ 28,884.82 | $ 9,361.46 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| | |
|---|---|
| Case No: | 12-03337    JSB    Judge: JANET S. BAER |
| Case Name: | DOMINIC, ANTHONY J. |
| | DOMINIC, GERALDINE G. |
| For Period Ending: | 07/09/18 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 01/31/12 (f) |
| 341(a) Meeting Date: | 04/10/12 |
| Claims Bar Date: | 04/25/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. RESIDENCE: 9131 SOUTH SOMERSET LANE, WOODRIDGE, IL | 465,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH<br>cash | 50.00 | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS<br>checking w/Charter One | 10.00 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS<br>checking and savings w/PNC | 10.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS<br>Misc. household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL<br>misc. wearing apparel | 100.00 | 0.00 | | 0.00 | FA |
| 7. FURS AND JEWELRY<br>misc. jewelry and one diamond ring | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. INSURANCE POLICIES<br>term policy w/Reasure America | 0.00 | 0.00 | | 0.00 | FA |
| 9. INSURANCE POLICIES<br>(5) wholelife w/Western Southern (each is the beneficiary of the other) | 0.00 | 0.00 | | 0.00 | FA |
| 10. PENSION / PROFIT SHARING<br>Pension w/Novartis | 48,000.00 | 0.00 | | 0.00 | FA |
| 11. PENSION / PROFIT SHARING<br>Pension w/Cook County | Unknown | 0.00 | | 0.00 | FA |
| 12. LIQUIDATED CLAIMS<br>pending workers comp suit | Unknown | 0.00 | | 0.00 | FA |
| 13. LIQUIDATED CLAIMS<br>long-term disability | Unknown | 0.00 | | 0.00 | FA |
| 14. CONTINGENT CLAIMS | 1,800.00 | 0.00 | | 0.00 | FA |

**FORM 1**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    2

Exhibit 8

| Case No: | 12-03337 | JSB | Judge: JANET S. BAER |
|---|---|---|---|
| Case Name: | DOMINIC, ANTHONY J. | | |
| | DOMINIC, GERALDINE G. | | |

| Trustee Name: | GINA B. KROL |
|---|---|
| Date Filed (f) or Converted (c): | 01/31/12 (f) |
| 341(a) Meeting Date: | 04/10/12 |
| Claims Bar Date: | 04/25/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| suit v. Novartis for wages | | | | | |
| 15. VEHICLES | 18,075.00 | 0.00 | | 0.00 | FA |
| Vehicle: 2009 Chrysler Town & Country  (48,000 Miles) | | | | | |
| 16. VEHICLES | 1,880.00 | 0.00 | | 0.00 | FA |
| Vehicle: 2000 Ford Taurus | | | | | |
| 17. OTHER MISCELLANEOUS | 2,000.00 | 0.00 | | 0.00 | FA |
| four cemetary plots at Clarendon Hills Cemetary held jointly with brother | | | | | |
| 18. Transvaginal Mesh Suit (u) | Unknown | 81,768.18 | | 85,048.12 | FA |
| 19. Loss of Consortium Suit (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $539,925.00 | $81,768.18 | | $85,048.12 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Received email from special counsel with status of lien negotiations.

July 25, 2017, 10:59 am

SETTLEMENT REACHED; AWAITING FUNDS - June 28, 2017, 01:43 pm

Trustee has been advised by special counsel that settlement should be reached in January 2017; with funding completed by June 2017

October 14, 2016, 10:42 am

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-03337    JSB   Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| Case Name: | DOMINIC, ANTHONY J. | Date Filed (f) or Converted (c): | 01/31/12 (f) |
| | DOMINIC, GERALDINE G. | 341(a) Meeting Date: | 04/10/12 |
| | | Claims Bar Date: | 04/25/16 |

Initial Projected Date of Final Report (TFR): 12/31/16        Current Projected Date of Final Report (TFR): 03/31/18

/s/   GINA B. KROL

_____ Date: 07/09/18

GINA B. KROL

Ver: 20.00j

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-03337 -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | DOMINIC, ANTHONY J. | | Bank Name: | ASSOCIATED BANK |
| | DOMINIC, GERALDINE G. | | Account Number / CD #: | *******8101  Checking Account |
| Taxpayer ID No: | *******7347 | | | |
| For Period Ending: | 07/09/18 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/28/18 | | Levian Simes Covidien | Settlement Proceeds | | 77,515.78 | | 77,515.78 |
| | | Settlement Trust | | | | | |
| | | 1717 West Loop South | | | | | |
| | | Houston, TX  77027 | | | | | |
| | 18 | LEVIAN SIMES COVIDIEN SETTLEMENT TR | Memo Amount:        85,048.12 | 1249-000 | | | |
| | | | Settlement Proceeds | | | | |
| | | | Memo Amount:    (      850.48 ) | 2990-000 | | | |
| | | | MDL Common Benefit Costs (1%) | | | | |
| | | | Memo Amount:    (    3,401.92 ) | 2990-000 | | | |
| | | | MDL Common Benefit Fees(4%) | | | | |
| | | | Memo Amount:    (    3,279.94 ) | 4220-000 | | | |
| | | | Medical Liens | | | | |
| 03/28/18 | 030001 | Levien Simes LLP | Attorneys' Costs Per Court Order | 3220-000 | | 2,351.68 | 75,164.10 |
| | | 44 Montgomery Street | | | | | |
| | | 32nd Floor | | | | | |
| | | San Francisco, CA  94104 | | | | | |
| 03/28/18 | 030002 | Levin Simes LLP | Attorneys' Fees per Court Order | 3210-000 | | 19,104.06 | 56,060.04 |
| | | 44 Montgomery Street | | | | | |
| | | 32nd Floor | | | | | |
| | | San Francisco, CA  94104 | | | | | |
| 03/28/18 | 030003 | Sokolove Law | Attorneys' Fees per Court Order | 3210-000 | | 4,776.01 | 51,284.03 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.87 | 51,269.16 |
| 05/18/18 | 030004 | Gina B. Krol | Final Distribution | 2100-000 | | 5,951.16 | 45,318.00 |
| | | 105 W. Madison Street | Trustee Fees | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 05/18/18 | 030005 | Cohen & Krol | Final Distribution | 3110-000 | | 3,233.83 | 42,084.17 |
| | | 105 W. Madison Street | Attorney's Fees | | | | |
| | | Suite 1100 | | | | | |

| | Page Subtotals | 77,515.78 | 35,431.61 | |

Ver: 20.00j

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-03337  -JSB | |
| Case Name: | DOMINIC, ANTHONY J. | |
| | DOMINIC, GERALDINE G. | |
| Taxpayer ID No: | *******7347 | |
| For Period Ending: | 07/09/18 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8101  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60602 | | | | | | | |
| 05/18/18 | 030006 | Cohen & Krol | Final Distribution | | | 3120-000 | | 80.94 | 42,003.23 |
| | | 105 W. Madison Street | Attorney's Expenses | | | | | | |
| | | Suite 1100 | | | | | | | |
| | | Chicago, IL 60602 | | | | | | | |
| 05/18/18 | 030007 | Gina B. Krol | Final Distribution | | | 3110-000 | | 1,616.92 | 40,386.31 |
| | | 105 W. Madison Street | Attorneys' Fees | | | | | | |
| | | Suite 1100 | | | | | | | |
| | | Chicago, IL 60602 | | | | | | | |
| 05/18/18 | 030008 | Atlas Acquisitions LLC (Chase Bank USA, N.A. - H) | Final Distribution | | | | | 2,968.25 | 37,418.06 |
| | | 294 Union St. | | | | | | | |
| | | Hackensack, NJ 07601 | | | | | | | |
| | | | Claim | 2,945.56 | | 7100-900 | | | |
| | | | Interest | 22.69 | | 7990-000 | | | |
| 05/18/18 | 030009 | Capital One Bank (USA), N.A. | Final Distribution | | | | | 3,715.60 | 33,702.46 |
| | | by American InfoSource LP as agent | (3-1) modified address 2/16/2016-ps | | | | | | |
| | | PO Box 71083 | | | | | | | |
| | | Charlotte, NC 28272-1083 | | | | | | | |
| | | | Claim | 3,687.20 | | 7100-900 | | | |
| | | | Interest | 28.40 | | 7990-000 | | | |
| 05/18/18 | 030010 | CAPITAL ONE, N.A. | Final Distribution | | | | | 1,354.68 | 32,347.78 |
| | | C/O BECKET AND LEE LLP | | | | | | | |
| | | PO BOX 3001 | | | | | | | |
| | | MALVERN, PA 19355-0701 | | | | | | | |
| | | | Claim | 1,344.32 | | 7100-900 | | | |
| | | | Interest | 10.36 | | 7990-000 | | | |
| 05/18/18 | 030011 | CAPITAL ONE, N.A. | Final Distribution | | | | | 1,322.93 | 31,024.85 |
| | | C/O BECKET AND LEE LLP | | | | | | | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 11,059.32 |

Ver: 20.00j

FORM 2                                                                                    Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| Case No: | 12-03337  -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | DOMINIC, ANTHONY J. | | Bank Name: | ASSOCIATED BANK |
| | DOMINIC, GERALDINE G. | | Account Number / CD #: | *******8101  Checking Account |
| Taxpayer ID No: | *******7347 | | | |
| For Period Ending: | 07/09/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO BOX 3001 MALVERN, PA 19355-0701 | | | | | | | |
| | | | Claim | 1,312.82 | | 7100-900 | | | |
| | | | Interest | 10.11 | | 7990-000 | | | |
| 05/18/18 | 030012 | GERALDINE G. DOMINIC 1630 Holly Ave. Darien, IL 60561 | Final Distribution Surplus Funds | | | 8200-002 | | 31,024.85 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 85,048.12 | COLUMN TOTALS | | 77,515.78 | 77,515.78 | 0.00 |
| Memo Allocation Disbursements: | 7,532.34 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 77,515.78 | 77,515.78 | |
| Memo Allocation Net: | 77,515.78 | Less: Payments to Debtors | | | 31,024.85 | |
| | | Net | | 77,515.78 | 46,490.93 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 85,048.12 | | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 7,532.34 | TOTAL - ALL ACCOUNTS | | | | |
| | | Checking Account - *******8101 | | 77,515.78 | 46,490.93 | 0.00 |
| Total Memo Allocation Net: | 77,515.78 | | | ------------------ | ------------------ | ------------------ |
| | | | | 77,515.78 | 46,490.93 | 0.00 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00            31,024.85

Ver: 20.00j